# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 20-12522-JTD<br>(Jointly Administered) |
| AD HOC FIRST LIEN NOTES GROUP, *et al.*,<br>                 Appellants,<br><br>                 v.<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>                 Appellees. | Appeals from the Bankruptcy Court<br><br>Case No. 22-cv-00331-TLA<br><br>Case No. 22-cv-00330-TLA |

## APPENDIX IN SUPPORT OF OPENING BRIEF OF APPELLANT
## AD HOC FIRST LIEN NOTES GROUP
## VOL. I

QUINN EMANUEL URQUHART & SULLIVAN, LLP
K. John Shaffer
Benjamin I. Finestone
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
johnshaffer@quinnemanuel.com

SULLIVAN HAZELTINE ALLINSON LLC

William D. Sullivan
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195
bsullivan@sha-llc.com

*Counsel to Appellant Ad Hoc First Lien Notes Group*

May 17, 2022

---

[1] A complete list of each of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, Missouri 63042.

# TABLE OF CONTENTS
**Docketed Materials, *In re Mallinckrodt Plc, et al.*, Case No. 20-12522 (JTD)**
**(ECF refers to Docket No. in the Bankruptcy Court)**

**Page**

Tab 1 - ECF 128:
Declaration of Stephen A. Welch, Chief Transformation Officer, in Support of Chapter 11 Petitions and First Day Motions ("First Day Declaration")..................................................................................................A.0001

Tab 2 - ECF 586:
Final Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, 503, and 507, and Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief ("Cash Collateral Order").....................A.0257

Tab 3 - ECF 2916:
Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code – Solicitation Version ("Plan" as initially proposed).........................................................A.0335

Tab 4 - ECF 2917:
Disclosure Statement for Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code – Solicitation Version ("Disclosure Statement")...........A.0482

Tab 5 - ECF 3504:
Debtors' Objection to Funded Debt Claims Pursuant to Article VII.J of the Debtors' Joint Plan of Reorganization ..............................................A.1317

Tab 6 - ECF 4683:
Order Approving Stipulation Between the Debtors and the Ad Hoc First Lien Notes Group Regarding Responses to the July 30 Claim Objection................................................................................................A.1357

Tab 7 - ECF 4709:

   [SEALED][2] Objection and Response of the Ad Hoc First Lien Notes Group to (A) First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code and (B) Debtors' Objection to Funded Debt Claims ............................................................................................................A.1363

Tab 8 - ECF 4713:

   Statement of Wilmington Savings Fund Society, FSB, as Indenture Trustee, in Support of the Objection and Response of the Ad Hoc First Lien Notes Group to (A) First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code and (B) Debtors' Objection to Funded Debt Claims ............................................................................................................A.1422

Tab 9 - ECF 4719:

   [SEALED] Declaration of Donald Burke in Support of Objection and Response of the Ad Hoc First Lien Notes Group To (A) First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code and (B) Debtors' Objection to Funded Debt Claims ("Burke Declaration") ..........A.1433

   [SEALED] Burke Declaration Exhibit 1 – Mallinckrodt plc, Quarterly Report (Form 10-Q), dated May 6, 2020 ..................................A.1437

   [SEALED] Burke Declaration Exhibit 2 – Indenture for 10.000% First Lien Senior Secured Notes due 2025, dated April 7, 2020 ("First Lien Notes Indenture")..................................................................A.1488

   [SEALED] Burke Declaration Exhibit 3 – Indenture for 5.625% Senior Notes due 2023, dated September 24, 2015....................................A.1643

   [SEALED] Burke Declaration Exhibit 4 – Indenture for 4.875% Senior Notes due 2020 and 5.500% Senior Notes due 2025, dated April 15, 2015 ..................................................................................A.1788

---

[2] All documents marked as "[SEALED]" appear in volume II to this appendix and are subject to the *Order Granting Appellant Ad Hoc First Lien Notes Group's Unopposed Motion to Accept Documents Under Seal Into the Appellate Record* [D.I. 34].

[SEALED] Burke Declaration Exhibit 5 – Indenture for 5.75% Senior Notes due 2022, dated August 13, 2014 ..........................................A.1940

[SEALED] Burke Declaration Exhibit 6 – Indenture for 10.000% Second Lien Senior Secured Notes due 2025, dated December 6, 2019 ("Second Lien Notes Indenture") ......................................................A.2101

[SEALED] Burke Declaration Exhibit 7 – First Lien Intercreditor Agreement ......................................................................................A.2240

[SEALED] Burke Declaration Exhibit 8 – Second Lien Intercreditor Agreement......................................................................................A.2291

Tab 10 - ECF 4729:
Columbus Hill Capital Management, L.P.'s (A) Objection to Confirmation of Debtors' Joint Plan of Reorganization and (B) Response to Objection to Funded Debt Claims............................................A.2346

Tab 11 - ECF 5015:
[SEALED] Debtors' (A) Memorandum of Law in Support of Reinstatement or Alternative Treatment of First Lien Notes and (B) Reply in Further Support of Objection to First Lien Notes Makewhole Claims ...................................................................................A.2644

Tab 12 - ECF 5017:
[SEALED] Declaration of Michael H. Cassel in Support of Debtors' (A) Memorandum of Law in Support of Reinstatement or Alternative Treatment of First Lien Notes and (B) Reply in Further Support of Objection to First Lien Notes Makewhole Claims ("Cassel Declaration") ..................................................................A.2692

[SEALED] Cassel Declaration Exhibit 1 – March 6, 2020 Hearing Transcript, *In re EP Energy Corp.*, Case No. 19-35654 (Bankr. S.D. Tex. 2020) ...........................................................................................A.2694

Tab 13 - ECF 5220:
Transcript of Hearing Held 11/5/2021 Regarding Confirmation ...............A.2722

Tab 14 - ECF 6347:
Opinion .......................................................................................A.2841

Tab 15 - ECF 6378:
    Revised Opinion ....................................................................................................A.2944

Tab 16 - ECF 6510
    Fourth Amended Joint Plan Of Reorganization (With Technical Modifications) Of Mallinckrodt PLC And Its Debtor Affiliates Under Chapter 11 Of The Bankruptcy Code ("<u>Plan</u>" as confirmed)..........A.3047

Tab 17 - ECF 6660:
    Findings of Fact, Conclusions of Law, and Order Confirming Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt PLC and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code ("<u>Confirmation Order</u>") .....................A.3240

Tab 18 - ECF 7105:
    Motion Of The Debtors For Entry Of Order Extending Outside Termination Date Under Cash Collateral Order By 30 Days And Granting Related Relief ..............................................................................A.3667

**Proofs of Claim:**

Tab 19 - Claim No. 4515:
    Proof of Claim of Wilmington Savings Fund Society, FSB, solely in its capacity as First Lien Notes Trustee ......................................................A.3680

**Notice of Appeal:**

Tab 20 - ECF 6779:
    Notice of Appeal ...................................................................................A.3697