IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>No. 20-12522 (JTD)<br><br>(Jointly Administered) |
| AD HOC FIRST LIEN NOTES GROUP,<br><br>Appellant,<br><br>v.<br><br>MALLINCKRODT PLC, et al.,<br><br>Appellees. | Appeals from the Bankruptcy Court<br><br>Case No. 22-cv-331 (TLA)<br><br>Case No. 22-cv-330 (TLA) |

**APPELLANT COLUMBUS HILL CAPITAL MANAGEMENT, L.P.'S JOINDER TO OPENING BRIEF OF APPELLANT AD HOC FIRST LIEN NOTES GROUP**

Appellant Columbus Hill Capital Management, L.P., in the interest of brevity and to avoid duplicative filings, hereby joins the Opening Brief of Appellant Ad Hoc First Lien Notes Group (Dkt. No. 39) (the **"Opening Brief"**), and adopts and states, in support of its appeal of the judgment of the Bankruptcy Court in the above-captioned case, the reasons stated and the legal precedent cited in the Opening Brief.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated: May 17, 2022
      Wilmington, DE

Respectfully submitted,

*/s/ Brian M. Gottesman*

Brian M. Gottesman, Esq.
(DE Bar ID No. 4404)
**GABELL BEAVER LLC**
5811 Kennett Pike
Wilmington, DE 19807
Telephone: (302) 772-4291
E-mail: bgottesman@gabellbeaver.com

-and-

Paul N. Silverstein (*admitted pro hac vice*)
Brian M. Clarke (*admitted pro hac vice*)
Philip M. Guffy (*admitted pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 309-1000
Email: paulsilverstein@andrewskurth.com
       brianclarke@huntonak.com
       pguffy@huntonak.com

*Counsel to Columbus Hill Capital Management, L.P.*