# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MALLINCKRODT PLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12522 (JTD) <br><br> (Jointly Administered) |
| AD HOC FIRST LIEN NOTES GROUP, *et al.*, <br><br> Appellants, <br><br> v. <br><br> MALLINCKRODT PLC, *et al.*, <br><br> Appellees. | Appeals from the Bankruptcy Court <br><br> Case No. 22-cv-00331 (TLA) <br><br> Case No. 22-cv-00330 (TLA) |

**APPENDIX IN SUPPORT OF JOINT OMNIBUS BRIEF OF INTERVENOR-APPELLEES (I) DEERFIELD PRIVATE DESIGN FUND IV, L.P. AND DEERFIELD PARTNERS L.P., (II) BOKF, N.A., (III) AD HOC FIRST LIEN TERM LENDER GROUP, AND (IV) DEUTSCHE BANK AG NEW YORK BRANCH IN OPPOSITION TO APPEAL OF THE CONFIRMATION ORDER**

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.primeclerk.com/Mallinckrodt/. The debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

<div style="columns:2">

Christopher M. Samis (No. 4909)
Aaron H. Stulman (No. 5807)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
csamis@potteranderson.com
astulman@potteranderson.com

James L. Bromley (*pro hac vice*)
Benjamin S. Beller (*pro hac vice*)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
bromleyj@sullcrom.com
bellerb@sullcrom.com

*Counsel for Deerfield Partners L.P. and Deerfield Private Design Fund IV, L.P.*

Karen M. Grivner (No. 4372)
**CLARK HILL PLC**
824 N. Market Street, Suite 710
Wilmington, Delaware 19801
Telephone: (302) 250-4749
Facsimile: (302) 421-9439
kgrivner@clarkhill.com

Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, Floor 42
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
andrew.silfen@afslaw.com
beth.brownstein@afslaw.com

Jackson D. Toof (*pro hac vice*)
1717 K Street, NW
Washington, DC 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
jackson.toof@afslaw.com

*Counsel for BOKF, N.A., Solely in Its Capacity as Successor Trustee*

</div>

| | |
|---|---|
| Jeffrey M. Schlerf (No. 3047)<br>**GRAYROBINSON, P.A**.<br>1007 North Orange Street<br>4th Floor, #127<br>Wilmington, Delaware 19801<br>Telephone:  (302) 509-4634<br>Jeffrey.Schlerf@gray-robinson.com | Scott Greissman (*pro hac vice*)<br>Andrew T. Zatz (*pro hac vice*)<br>Michele J. Meises (*pro hac vice*)<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020-1095<br>Telephone:  (212) 819-8200<br>Facsimile:   (212) 354-8113<br>sgreissman@whitecase.com<br>azatz@whitecase.com<br>michele.meises@whitecase.com<br><br>Jason N. Zakia (*pro hac vice*)<br>Erin Rosenberg (*pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606-4302<br>Telephone:  (312) 881-5400<br>Facsimile:   (312) 881-5450<br>jzakia@whitecase.com<br>erin.rosenberg@whitecase.com<br><br>*Counsel for Deutsche Bank AG New York Branch, as Administrative Agent* |
| David M. Fournier (No. 2812)<br>Kenneth A. Listwak (No. 6300)<br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile:  (302) 421-8390<br>david.fournier@troutman.com<br>kenneth.listwak@troutman.com | Scott J. Greenberg (*pro hac vice*)<br>Michael J. Cohen (*pro hac vice*)<br>Matthew L. Biben (*pro hac vice*)<br>Jennifer L. Conn (*pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, New York 10166<br>Telephone:  (212) 351-4000<br>Facsimile:   (212) 351-4035<br>sgreenberg@gibsondunn.com<br>mcohen@gibsondunn.com<br>mbiben@gibsondunn.com<br>jconn@gibsondunn.com |
| June 17, 2022 | *Counsel for the Ad Hoc First Lien Term Lender Group* |

# **TABLE OF CONTENTS**

**Docketed Materials,** *In re Mallinckrodt Plc, et al.***, Case No. 20-12522 (JTD)**
**(Docket Numbers refer to the Bankruptcy Court docket)**

**Page**

1. Third Amended Verified Statement of the Ad Hoc First Lien Term Lender Group Pursuant to Bankruptcy Rule 2019
   [Dkt. No. 1691 – filed March 14, 2021].....................................................B001

2. Statement of Deerfield Private Design Fund IV, L.P., Deerfield Special Situations Fund, L.P., and Deerfield Partners L.P. in Support of Confirmation of Debtors' First Amended Joint Plan of Reorganization of Mallinckrodt Plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code
   [Dkt. No. 4992 – filed October 26, 2021] ................................................B011

3. BOKF, N.A.'s (1) Statement in Support of Confirmation of Debtors' First Amended Joint Plan of Reorganization; (2) Joinder to Statement of Deerfield Private Design Fund IV, L.P., Deerfield Special Situations Fund, L.P., and Deerfield Partners L.P. in Support of Confirmation of Debtors' First Amended Joint Plan of Reorganization; and (3) Reservation of Rights
   [Dkt. No. 5002 – filed October 26, 2021] ...............................................B027

4. The Ad Hoc First Lien Term Lender Group's (I) Statement in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt Plc and Its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code and (II) Reply to the First Lien Notes Objections
   [Dkt. No. 5008 – filed October 26, 2021] ................................................B036

5. Omnibus Reply of Deutsche Bank AG New York Branch, as Administrative Agent, to Objections to the Debtors' First Amended Joint Plan of Reorganization Filed by (I) the Ad Hoc First Lien Notes Group and (II) Columbus Hill Capital Management, L.P.
   [Dkt. No. 5066 – filed October 29, 2021] ................................................B058

6. Final Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on Joint Plan of Reorganization of Mallinckrodt Plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code[2]
[Dkt. No. 5087 – filed October 31, 2021] ................................................. B069

7. Notice of Occurrence of Effective Date of Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinckrodt, Plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code
[Dkt. No. 7652 – filed June 16, 2022] ...................................................... B107

---

[2] Due to the voluminous nature of Dkt. No. 5087, only the relevant portions of the document (the declaration and Exhibit A-1) are included in the Appendix.