# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>MALLINCKRODT PLC, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-12522 (JTD)<br>(Bankr. D. Del.)<br><br>(Jointly Administered) |
| AD HOC FIRST LIEN NOTES GROUP,<br><br>Appellants,<br><br>v.<br><br>MALLINCKRODT PLC, et al.,<br><br>Appellees. | Case No. 22-cv-00331-TLA |

## SUPPLEMENTAL DECLARATION OF BRYAN REASONS IN SUPPORT OF NEW MALLINCKRODT'S MOTION TO DISMISS APPEAL

I, Bryan Reasons, hereby declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that, to the best of my knowledge, information, and belief, and after reasonable inquiry, the following is true and correct[2]:

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent: http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms not defined have the meanings ascribed to them in the *Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinckrodt Plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* (the "**Plan**") [ECF 6510] or the Confirmation Order [ECF 6660].

1. I am the Chief Financial Officer of the reorganized Mallinckrodt plc ("**New Mallinckrodt**") and served in the same role for Mallinckrodt plc and affiliated chapter 11 debtors (the "**Debtors**") prior to and throughout the chapter 11 cases.

2. I submit this supplemental declaration in support of the *Reorganized Debtors' Motion to Dismiss Appeal* (the "**Motion**") to provide notice of a development occurring after my *Corrected Declaration of Bryan Reasons in Support of New Mallinckrodt's Motion to Dismiss Appeal* (the "**Declaration**"). I am over the age of 18, competent to testify, and authorized to submit this declaration on behalf of New Mallinckrodt.

3. If I were called to testify as a witness in this matter, I would testify competently to the facts set forth herein.

A. **Listing of New Mallinckrodt Shares on NYSE American**

4. On October 27, 2022, New Mallinckrodt's shares were publicly listed on the NYSE American exchange under the symbol "MNK". The closing price of New Mallinckrodt shares as of November 4, 2022 was $14.50 per share. That price implies that New Mallinckrodt's equity market capitalization is approximately $191 million.

Dated: November 8, 2022

/s/ Bryan Reasons
Bryan Reasons