# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 20-12522-JTD<br>(Jointly Administered) |
| AD HOC FIRST LIEN NOTES GROUP, *et al.*,<br><br>Appellants,<br><br>v.<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>Appellees. | Appeals from the Bankruptcy Court<br><br>Case No. 22-cv-00331-TLA<br><br>Case No. 22-cv-00330-TLA<br><br>Oral Argument Requested |

**RESPONSE TO SUPPLEMENTAL DECLARATION OF BRYAN REASONS REGARDING MOTION TO DISMISS APPEAL [ECF NO. 74]**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
K. John Shaffer
Benjamin I. Finestone
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
johnshaffer@quinnemanuel.com

SULLIVAN HAZELTINE ALLINSON LLC

William D. Sullivan
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195
bsullivan@sha-llc.com

November 15, 2022        *Counsel to Appellant Ad Hoc First Lien Notes Group*

i

| | |
|---|---|
| HUNTON ANDREWS KURTH LLP | GABELL BEAVER LLC |
| Paul N. Silverstein | Brian M. Gottesman (No. 4404) |
| Brian M. Clarke | 1207 Delaware Avenue, Unit 2 |
| Philip M. Guffy | Wilmington, DE 19806 |
| 200 Park Avenue | Telephone: (302) 772-4291 |
| New York, New York 10166 | gottesman@gabellbeaver.com |
| Telephone: (212) 309-1000 | |
| paulsilverstein@andrewskurth.com | |
| brianclarke@huntonak.com | |
| pguffy@huntonak.com | |

November 15, 2022          *Counsel to Columbus Hill Capital Management, L.P.*

Each Member of the Ad Hoc First Lien Notes Group files this pleading exclusively on its own behalf and does not assume any fiduciary or other duties to any other Member or to any other entity or individual.

Mr. Reasons' supplemental declaration states that the Reorganized Debtors' stock price "implies that New Mallinckrodt's equity market capitalization is approximately $191 million." As with Mr. Reasons' prior declaration (ECF No. 67), the erroneous implication is that requiring the Reorganized Debtors to honor the Applicable Premium, or even just to pay postpetition interest on the Applicable Premium, would somehow "knock the props out" from under the Plan.

Notably, Mr. Reasons avoids saying whether he believes that the "implied" capitalization represents the fair value of the Reorganized Debtors' equity, and for good reason. The *same day* that Mr. Reasons signed his declaration for this Court, he also signed an SEC filing which touted the company's $5.2 billion enterprise value, based on estimates and assumptions that the company still considers "reasonable." 10-Q filed 11/08/22 at 14.[1] The same SEC filing shows the Reorganized Debtors' "Total Shareholders' Equity" of over $1.8 billion. *Id.* at 5.

It is also noteworthy that Mr. Reasons does not mention the company's warning to investors that "the trading price of our ordinary shares may be depressed" because an "active trading market may not develop." 10-Q filed 11/08/2022 at 64. Moreover, there is no reason to suppose that the share price does not account for the likelihood that the Reorganized Debtors will be adjudicated liable on account of this

---

[1] *See* https://mallinckrodt.gcs-web.com/static-files/00fafbc1-5694-4a4a-b1bd-8d3d706601f2

appeal. This appeal is well-known to the market, the docket is public, and the Reorganized Debtors warn investors they are "not able to reasonably estimate the expected amount or range of cost or any loss associated with these appeals." 10-Q filed 11/08/2022 at 36.

Finally, the Reorganized Debtors also report in SEC filings signed by Mr. Reasons (also the same day as his declaration) that (1) they have "approximately $590 million in liquidity," 8-K filed 11/08/22 at Ex. 99.1, p.2,[2] and (2) they have recently voluntarily repurchased over $20 million in *junior, second lien* debt, most of which would not come due for seven years. 10-Q filed 11/08/22 at 43, 57, 58. Thus, the Reorganized Debtors clearly have the ability to pay debts they choose to pay (including debts that are not close to maturing).[3] This is in direct contrast to the Reorganized Debtors' claim in their mootness motion that "New Mallinckrodt has

---

[2] *See* https://mallinckrodt.gcs-web.com/static-files/796d859e-e08c-4c8d-aa82-61f12cb85004

[3] The repurchases included New Second Lien Notes issued under the Plan to the Second Lien Noteholders, whose liens are subordinated to those of the Appellant First Lien Noteholders. These new notes are subject to section 4.2(b) of the Second Lien Intercreditor Agreement, because they are a "distribution of . . . property" to the Second Lien Noteholders in an "Insolvency . . . Proceeding" and "in respect of or on account of the Collateral." *See* ECF No. 39 at 58-59; *see also* Appellants' Appendix, ECF No. 40, A.2316. Thus, until Appellants' First Lien Notes are discharged through payment in full in cash (including the Applicable Premium), distributions on account of the Second Lien Notes (including those repurchased by the Reorganized Debtors) must "be segregated and held in trust … in the same form as received" for the benefit of Appellants. Second Lien Intercreditor Agreement at § 4.2(b). Appellants reserve all rights.

limited cash-on-hand beyond what it needs to operate efficiently." ECF No. 73, at 10.

DATED: November 15, 2022       QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ K. John Shaffer*
K. John Shaffer
Benjamin I. Finestone
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
johnshaffer@quinnemanuel.com

SULLIVAN HAZELTINE ALLINSON LLC

*/s/ William A. Hazeltine*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195
bsullivan@sha-llc.com
whazeltine@sha-llc.com

*Counsel to Appellant Ad Hoc First Lien Notes Group*

3

HUNTON ANDREWS KURTH LLP
Paul N. Silverstein
Brian M. Clarke
200 Park Avenue
New York, New York 10166
Telephone: (212) 309-1000
New York, New York 10166
Telephone: (212) 309-1000
paulsilverstein@andrewskurth.com
brianclarke@huntonak.com
pguffy@huntonak.com

GABELL BEAVER LLC
Brian M. Gottesman, Esq.
(DE Bar ID No. 4404)
1207 Delaware Avenue, Unit 2
Wilmington, DE 19806
Telephone: (302) 772-4291
gottesman@gabellbeaver.com

*Counsel to Appellant Columbus Hill Capital Management, L.P.*

4

**CERTIFICATION OF COMPLIANCE**

I hereby certify that this document contains 532 words, excluding the parts exempted by Federal Rule of Bankruptcy Procedure 8015(g), as counted by Microsoft Word.

I hereby certify that this document complies with the typeface requirements of Federal Rule of Bankruptcy Procedure 8015(a)(5) and the type-style requirements of Federal Rule of Bankruptcy Procedure 8015(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

DATED:  November 15, 2022

*/s/ K. John Shaffer*
K. John Shaffer

## CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on November 15, 2022, a copy of the foregoing RESPONSE TO SUPPLEMENTAL DECLARATION OF BRYAN REASONS REGARDING MOTION TO DISMISS APPEAL was served via cm/ecf on all parties who are registered to receive efiling notifications in this case.

DATED:  November 15, 2022

                                            By:  */s/ William A. Hazeltine*
                                                 William A. Hazeltine (No. 3294)