# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 20-12522-JTD<br>(Jointly Administered) |
| AD HOC FIRST LIEN NOTES GROUP, *et al.*,<br><br>Appellants,<br><br>v.<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>Appellees. | Appeals from the Bankruptcy Court<br><br>Case No. 22-cv-00331-TLA<br><br>Case No. 22-cv-00330-TLA |

**AMENDED CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8012 FOR APPELLANT AD HOC FIRST LIEN NOTES GROUP**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
K. John Shaffer
Benjamin I. Finestone
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
johnshaffer@quinnemanuel.com

SULLIVAN HAZELTINE ALLINSON LLC

William D. Sullivan
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195
bsullivan@sha-llc.com

January 28, 2023        *Counsel to Appellant Ad Hoc First Lien Notes Group*

1

The Appellant Ad Hoc First Lien Notes Group consists of Bardin Hill Investment Partners LP (solely on behalf of the funds and entities that it manages or advises, and not in its individual capacity), Capital Research and Management Company, Kite Lake Capital Management (UK) LLP, Stonehill Capital Management LLC, Two Seas Capital LP, VR Global Partners, L.P., Whitebox Advisors LLC, and Whitefort Capital Master Fund, LP.

1. Navigator Global Investments Limited indirectly owns 10% or more of Bardin Hill Investment Partners LP. No other publicly held corporation owns 10% or more, directly or indirectly, of Bardin Hill Investment Partners LP.

2. Capital Research and Management Company is a wholly-owned subsidiary of The Capital Group Companies, Inc., a non-public corporation.

3. The parent corporations of Kite Lake Capital Management (UK) LLP are Kite Lake Capital Management Ltd and Kite Lake Capital Ltd. No publicly held corporation owns 10% or more, directly or indirectly, of Kite Lake Capital Management (UK) LLP.

4. Stonehill Capital Management LLC has no parent corporation, and no publicly held corporation owns 10% or more, directly or indirectly, of Stonehill Capital Management LLC.

5. Two Seas Capital LP has no parent corporation, and no publicly held corporation owns 10% or more, directly or indirectly, of Two Seas Capital LP.

6. VR Advisory Services Ltd. is the sole member of VR Global Partners, L.P. and VR Capital Group Ltd. is the only entity that directly or indirectly owns or controls greater than 10% of VR Global Partners, L.P.'s partnership capital. No publicly held corporation owns 10% or more, directly or indirectly, of VR Global Partners, L.P.

7. Whitebox Advisors LLC has no parent corporation, and no publicly held corporation owns 10% or more, directly or indirectly, of Whitebox Advisors LLC.

8. Whitefort Capital Master Fund, LP has no parent corporation, and no publicly held corporation owns 10% or more, directly or indirectly, of Whitefort Capital Master Fund, LP.

DATED:  January 28, 2023    QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: */s/ K. John Shaffer*
K. John Shaffer
Benjamin I. Finestone
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
johnshaffer@quinnemanuel.com

SULLIVAN HAZELTINE ALLINSON LLC
William D. Sullivan
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195
bsullivan@sha-llc.com

*Counsel to Appellant Ad Hoc First Lien Notes Group*

## CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on January 23, 2023, a copy of the foregoing ***Amended Corporate Disclosure Statement Pursuant To Federal Rule Of Bankruptcy Procedure 8012 For Appellant Ad Hoc First Lien Notes Group*** was served via cm/ecf on all parties who are registered to receive efiling notifications in this case.

DATED:  January 28, 2023

                                                                              By:  */s/ William A. Hazeltine*  
                                                                                   William A. Hazeltine (No. 3294)