# Morris James LLP

Jeffrey R. Waxman<br>
302.888 5842<br>
jwaxman@morrisjames.com

April 5, 2023

**BY HAND DELIVERY AND CM/ECF**

The Honorable Thomas L Ambro
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street Unit 26
Room 6124
Wilmington, DE 19801-3555

  Re: <u>In re: Mallinckrodt, plc; 1:22-cv-00330-TLA and 1:22-cv-00331-TLA</u>

Dear Judge Ambro:

  Morris James LLP, together with Brown Rudnick LLP, Kramer Levin Naftalis & Frankel LLP, and Gilbert LLP represents the Governmental Plaintiff Ad Hoc Committee (the "<u>Governmental Ad Hoc Committee</u>") in the bankruptcy cases of Mallinckrodt PLC, <u>et al</u>., and the above-captioned appeals (collectively, the "<u>Appeals</u>").  This letter is to address the Court's Order dated March 29, 2023, filed in both of the Appeals [1:22-cv-00330-TLA, Docket No. 45; 1:22-cv-00331-TLA, Docket No. 77] (the "<u>March 29 Order</u>").

  On April 15, 2022, the Ad Hoc Governmental Committee, on behalf of itself, the Multi-State Governmental Entities Group, the Future Claimants' Representative, and the Official Committee of Opioid Related Claimants (collectively, the "<u>Intervenors</u>") filed a Joint Motion to Intervene in the Appeals [Civil Action 22-cv-00330, Docket No. 10; Civil Action 22-cv-00331, Docket No. 8] (the "<u>Motions to Intervene</u>").  On May 16, 2022, this Court entered an Order approving the Motion to Intervene in each of the Appeals. [Civil Action 22-cv-00330, Docket No. 37; Civil Action 22-cv-00331, Docket No. 35].

  In connection with Civil Action 22-cv-00330, on June 17, 2022, the Intervenors filed a Reply in Support of the Motion to Intervene [Docket No. 32].  In connection with Civil Action 22-cv-00331, on June 17, 2022, the Intervenors filed a Statement in Response to Appellants' Brief [Docket No. 46], and on July 5, 2022, the Intervenors filed a Joinder to Reorganized Debtors' Motion to Dismiss Appeal as Equitably Moot [Docket No. 60].  Based upon the pleadings filed in the Appeals, including the Intervenor's filings, the Intervenors understand that the Appeals have been fully briefed.

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494  **T** 302.888.6800  **F** 302.888.5856

**Mailing Address** P.O. Box 2306 | Wilmington, DE 19899-2306  www.morrisjames.com

16059103/1

The Honorable Thomas L. Ambro
April 5, 2023
Page 2

On March 29, 2023, the Court docketed the March 29 Order, which provides as follows:

SO ORDERED, re (10 in) Joint MOTION to Intervene filed by Official Committee of Opioid Related Claimants, Future Claimants' Representative, Multi-State Governmental Entities Group, Governmental Plaintiff Ad Hoc Committee, and (8 in 1:22-cv-00331-TLA) Joint MOTION to Intervene filed by Official Committee of Opioid Related Claimants, Future Claimants' Representative, Multi-State Governmental Entities Group, Governmental Plaintiff Ad Hoc Committee. IT IS FURTHER ORDERED, that all Movants are ordered to file a consolidated brief within 21 days in Civil Action 22-cv-331-TLA. Signed by Judge Thomas L. Ambro on 3/28/2023. Associated Cases: 1:22-cv-00331-TLA, 1:22-cv-00330-TLA

The Intervenors believe that the March 29 Order was entered in error as the Motions to Intervene were previously approved in each of the Appeals by Order dated May 16, 2022. Further, the Intervenors understand that the two Appeals have been fully briefed.

Counsel for the Intervenors is available if the Court has any questions.

Respectfully submitted,

/s/ *Jeffrey R. Waxman*

Jeffrey R. Waxman
DE Bar No. 4159
*Counsel for Governmental Plaintiff Ad Hoc Committee*

cc: All Counsel of Record via CM/ECF